

# Fourth Court of Appeals
## San Antonio, Texas

June 4, 2015

No. 04-15-00117-CV

**RHINO CONTRACTORS, LLC,**
Appellant

v.

**VULCAN CONSTRUCTION MATERIALS, LP,**
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-15870
Honorable David A. Canales, Judge Presiding

## O R D E R

Appellant Rhino Contractors, LLC, has filed a notice stating that it is in bankruptcy. The notice complies with Texas Rule of Appellate Procedure 8.1. *See* TEX. R. APP. P. 8.1. Accordingly, this appeal and all time periods are stayed from the date the bankruptcy petition was filed. *See* TEX. R. APP. P. 8.2.

We, therefore, ABATE this appeal. For administrative purposes, the appeal will be treated as a closed case, unless and until it is reinstated or severed in accordance with Rule 8.3. *See* TEX. R. APP. P. 8.3.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court